# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

July 9, 2015

Lyle W. Cayce
Clerk

No. 14-10996
Summary Calendar

UNITED STATES OF AMERICA,

      Plaintiff - Appellee

v.

KEVIN ARTHUR MILES,

      Defendant - Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC 3:13-CR-89-1

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM:*

    The counsel appointed to represent Kevin Arthur Miles on appeal has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Miles has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Miles's

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

## No. 14-10996

response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.